AO 108 (2/90)  Affidavit for Seizure Warrant

FILED _____ LODGED
_____ RECEIVED

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MAR 29 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

In the Matter of the Seizure of

(Address or brief description of property or premises to be seized)

**Removable cosmetic dental appliances, commonly known as "Grills," customized for and possessed by Flenard Tyron Neal, Jr. and Donald Lemar Lewis,**

## APPLICATION AND AFFIDAVIT

### FOR SEIZURE WARRANTS

CASE NUMBER  06-5064M

I, <u>Alcohol Tobacco, Firearms and Explosives (ATF) Special Agent Brice P. McCracken</u>, being duly sworn depose and say:

I am a(n) <u>Alcohol Tobacco, Firearms and Explosives (ATF) Special Agent</u> and have reason to believe that in the <u>Western District of Washington</u> there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Removable cosmetic dental appliances, commonly known as "Grills," customized for and possessed by Flenard Tyron Neal, Jr. and Donald Lemar Lewis,

property which constitute or is derived from the proceeds from the conspiracy to distribute cocaine and other controlled substances and is subject to seizure and civil forfeiture pursuant to provisions as contained within Title 21, United States Code, Section 881(a)(6).

The facts to support a finding of Probable Cause for issuance of Civil Seizure Warrants are as follows:

See attached Affidavit of Alcohol Tobacco, Firearms and Explosives (ATF) Special Agent Brice P. McCracken attached hereto and incorporated herein.

Continued on the attached sheet and made a part hereof.      (X) Yes      (  ) No

Signature of Affiant
BRICE P. McCRACKEN
ATF Special Agent

Sworn to before me, and subscribed in my presence

3-29-06
Date

at   Tacoma, Washington
City and State

J. KELLEY ARNOLD
<u>United States Magistrate Judge</u>
Name and Title of Judicial Officer

Signature of Judicial Officer

06-MJ-05064-APPL

# AFFIDAVIT

STATE OF WASHINGTON ) 
          ) ss
COUNTY OF PIERCE )

  Brice P. McCracken, being first duly sworn on oath, deposes and says:

## I.

## AFFIANT'S EXPERIENCE

  I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since July 28, 2003. I am currently assigned to the Tacoma, Washington Field Office of the ATF where I am responsible for investigating and enforcing federal laws concerning firearms violations. I am classified and trained as a Federal Law Enforcement Officer, with federal statutory arrest authority. I have completed the Criminal Investigator Training Program, and the ATF National Academy-New Professional Training taught at the Federal Law Enforcement Training Center located at Glynco, Georgia. I received a Bachelor of Science degree in Criminal Justice and Sociology from Gonzaga University in Spokane, Washington. The information contained in this affidavit is based on my own personal observations, as well as information provided to me by other law enforcement officers.

## II.

## PURPOSE OF THIS AFFIDAVIT AND SUMMARY OF THE CASE

  This application and affidavit are being submitted to obtain warrants to seize removable cosmetic dental appliances, commonly known as "Grills," customized for and possessed by Flenard Tyron NEAL, Jr. and Donald Lamar LEWIS, which constitute or are traceable to proceeds in part or whole of the distribution of controlled substances: marijuana, a Schedule I controlled substance, under Title 21, States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and methylenedioxymethamphetamine (MDMA), commonly known as

SEIZURE WARRANT AFFIDAVIT/Neal, *et al.* - 1

1  "ecstacy," a Schedule I controlled substance, under Title 21, United States Code, Section 812,

2  in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

3  On December 27, 2005, Immigration and Customs Enforcement Agents seized

4  approximately half a kilogram of marijuana and 496 pills of ecstasy secreted in the right rear

5  passenger door of a vehicle owned and solely occupied by Flenard Tyron NEAL, Jr. The

6  marijuana and ecstacy pills were discovered during a secondary inspection of NEAL and his

7  vehicle conducted upon NEAL's entry into the United States at the Blaine Port of Entry. DEA

8  estimates the street value of these items to be approximately $4,076.00.

9  On January 25, 2006, at approximately 1:15 p.m., ATF Special Agents and officers of

10  the Lakewood Police Department executed a Federal Search Warrant at 7254 150th Street SW,

11  Apt. 100, Lakewood, Washington 98439. Approaching the residence, agents noticed

12  surveillance cameras monitoring the front of the apartment. A separate camera monitored the

13  stairway and landing leading to the front door of the apartment. Upon entering the residence,

14  ATF S/As and officers encountered three males, later identified as Flenard Tyron NEAL, Jr.,

15  Donald Jamar LEWIS, and Felix Adeokun. In plain view to law enforcement officers, were

16  numerous firearms scattered about the living room of the apartment, along with approximately

17  7.2 grams of crack cocaine, 17 grams of marijuana, and a Taurus .44 caliber revolver, serial

18  number QC508945. Additionally, a strong odor of marijuana permeated throughout the

19  apartment. In the kitchen, ATF S/As located two digital scales, a vacuum sealer, and

20  approximately 61 grams of crack cocaine in a plastic bag.

21  In the bedroom where LEWIS first appeared to ATF S/As and where several pieces of

22  indicia of residency were located, ATF S/As discovered several firearms including a

23  NORINCO 7.62 x 39mm caliber rifle, serial number 9206570. Additionally, agents discovered

24  several ballistic vests including an ATF-issued tactical vest, serial number RC15257. Also

25  located in the room were several empty gun boxes, two baggies of marijuana weighing

26  approximately 311 grams, six additional baggies of crack cocaine, a box containing powder

27  cocaine weighing approximately 57.1 grams, and a digital scale.

28  \\

SEIZURE WARRANT AFFIDAVIT/Neal, *et al.* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1     In the bedroom where agents observed NEAL emerge from and where Adeokun was

2 taken into custody, agents located several firearms, including a Glock model 19, 9mm caliber

3 pistol, serial number GAU591. Agents also located a P.A.C.A brand ballistic vest, serial

4 number RC071122, in the closet. Additionally, agents located an unknown quantity of pills

5 which tested positive for the presence of MDMA (ecstasy), and a digital scale.

6     During the search warrant, officers of the Lakewood Police Department seized

7 approximately $6,500.00 in United States currency from the residence, along with other items

8 of value to include televisions and DVD players. These items are believed to have been

9 purchased with the proceeds of the defendants' drug trafficking crimes, which include the

10 distribution of marijuana, cocaine base (crack cocaine) and methylenedioxymethamphetamine

11 (MDMA), commonly known as "ecstacy."

12     During the execution of the search warrant, ATF agents recovered approximately 178.7

13 grams of crack cocaine, 328 grams of marijuana, and 57.1 grams of powder cocaine. The Drug

14 Enforcement Administration (DEA) estimates the street value of these drugs to be

15 approximately $8,000.00. In a photo seized during the search warrant, 15 bank banded stacks

16 of United States currency in $2,000.00 increments were depicted, totaling $30,000.00. The

17 cash contained the same bank banding as some of the currency seized during the execution of

18 the search warrant. Additionally, agents also took miscellaneous documents from the

19 residence. Many of the documents were receipts for goods and services obtained by NEAL

20 and LEWIS for which they had paid cash.

21     On February 1, 2006, a six count Indictment was returned by the Grand Jury in the

22 related Western District of Washington Criminal Case Number CR06-5058RBL. Flenard

23 Tyron NEAL, Jr. is charged with Possession of Marijuana with Intent to Distribute, in violation

24 of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Possession of Ecstasy

25 with Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and

26 841(b)(1)(C); Possession of Cocaine Base with Intent to Distribute, in violation of Title 21,

27 United States Code, Sections 841(a)(1) and 841(b)(1)(A); and Possession of a Firearm in

28 Furtherance of Drug Trafficking, in violation of Title 18, United States Code,

SEIZURE WARRANT AFFIDAVIT/Neal, *et al.* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Section 924(c)(1)(A).  Donald Lamar LEWIS is charged with Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1); Possession of Cocaine Base with Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and Possession of a Firearm in Furtherance of Drug Trafficking, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Based on my knowledge, training and experience, I know that drug traffickers commonly invest their illegally acquired money in items which seek to further their criminal activity and portray their status as "drug dealers."  I know that the cosmetic dental appliances known as "Grills" are one of those status symbols which drug traffickers purchase to portray their status in the criminal community.  Based upon my research on the internet website www.gangstagold.com and an article printed in the Tacoma New Tribune on March 6, 2006, I know that "Grills" can from cost from $1,000.00 up to anywhere in excess of $25,000.00. "Grills" are wholly cosmetic and not intended to be a dental aid like braces or a retainer.  They can be either a removable type similar to a retainer or attached to the teeth with dental cement similar to braces.

Based on my training and experience and the information set forth herein, there is probable cause to believe that the removable cosmetic dental appliances, commonly known as "Grills," customized for and possessed by Flenard Tyron NEAL, JR. and Donald Lamar LEWIS constitute or are traceable to proceeds in part or whole of the distribution of marijuana, a Schedule I controlled substance, cocaine base, a Schedule II controlled substance, and methylenedioxymethamphetamine (MDMA), commonly known as "ecstacy," a Schedule I controlled substance.

## III.

## FINANCIAL INVESTIGATION

As part of the financial investigation into Flenard Tyron NEAL, Jr. and Donald Jamar LEWIS, a business and employment history has been completed in an effort to determine

SEIZURE WARRANT AFFIDAVIT/Neal, et al. - 4

1  legitimate income and wealth accumulated by Flenard Tyron NEAL, Jr. and Donald Jamar

2  LEWIS.  I and other investigators assigned to this case have reviewed records from the

3  following government institutions for Flenard Tyron NEAL, Jr., and Donald Jamar LEWIS:

4       1.     Washington State Employment Security; and

5       2.     Washington State Department of Revenue.

6  **Employment Security Department, Washington State:**

7       A request was sent to the Washington State Employment Security Department

8  requesting employment history on Flenard Tyron NEAL, Jr., and Donald Jamar LEWIS, for

9  the last three years dating back to January 1, 2003. There was no reported income filed with the

10  Employment Security Department for Flenard Tyron NEAL, Jr.  The following are the only

11  reports of income filed with Employment Security Department for Donald Jamar LEWIS:

12       Donald Jamar LEWIS

13       •     2003 / 1st Quarter / \$1,736.00 / AV 1; and

14       •     2003 / 4th Quarter / \$283.00 / AV 1.

15  Total gross earned income reported to Employment Security for the three years dating back to

16  January 1, 2003, for LEWIS was \$2,019.00.

17  **Washington State Department of Revenue Records:**

18       Washington State Department of Revenue records show Flenard Tyron NEAL, Jr. and

19  Donald Jamar LEWIS as the partners of GRIND CITY under UBI 602 446 280. This account

20  was opened on December 1, 2004.  According to the Department of Revenue, Flenard Tyron

21  NEAL, Jr. and Donald Jamar LEWIS have no other businesses listed with the State of

22  Washington.

23       The partnership reports returns on an annual basis. The Annual 2004 Combined Excise

24  Tax Return for GRIND CITY was filed as a "no business activity" return on the Department of

25  Revenue automated telephone filing system, and the Annual 2005 Return was delinquent as of

26  March 22, 2006.  The business address is listed as 8327 S. Tacoma Way, Lakewood,

27  Washington, 98499,  the location of Starlite Swap Meet, and the business mailing address is

28  listed as P.O. Box 112527, Tacoma, Washington, 98411-2527. For contact purposes, a

SEIZURE WARRANT AFFIDAVIT/Neal, *et al.* - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1   telephone number of (253) 377-3111 is listed on Department of Revenue records, as is an e-

2   mail address of nluvwitmymoney@hotmail.com. The business's activity description is listed

3   as "Clothes, Shoes, Hats, CD's." The original application lists the social security numbers of

4   both NEAL and LEWIS.

5        Based upon records dating back to January 1, 2003, NEAL has had no identifiable

6   legitimate source of income. LEWIS has had no identified legitimate source of income since

7   the fourth quarter of 2003.

8        Your affiant has also reviewed two letters seized during the execution of the search

9   warrant sent from Donald LEWIS to Flenard NEAL, while LEWIS was incarcerated at the

10   Kitsap County Jail in Port Orchard, Washington. In the letter, LEWIS discusses with NEAL

11   the plan to launder money through their business. In LEWIS's letter dated March 29, 2005, he

12   tells NEAL, "Nigga I did some math. At the very least I'm missing 200 dollars a day, thats at

13   the very least. I calculated that by the 65 days I'm here. Thats 13000 dollars I just missed."

14   LEWIS continues, "The reason I say just CD's right now is cause its easier to clean our money

15   with them. We can buy them for 5 and sell em for 5 for our money back but say we did it for

16   15. You know where the other 10 come from. Thats easy money legally. That sound good to

17   me!"

### IV.

### CONCLUSION

20        Based on my training and experience and the information set forth herein, there is

21   probable cause to believe that the removable cosmetic dental appliances, commonly known as

22   "Grills," customized for and possessed by Flenard Tyron NEAL, Jr. and Donald Lamar LEWIS

23   constitute or are traceable to proceeds in part or whole of the distribution of marijuana, a

24   Schedule I controlled substance; cocaine, a Schedule II controlled substance; and

25   methylenedioxymethamphetamine (MDMA), commonly known as "ecstacy," a Schedule I

26   controlled substance.

27   \\

28   \\

SEIZURE WARRANT AFFIDAVIT/Neal, et al. - 6

The removable cosmetic dental appliances, commonly known as "Grills," customized for and possessed by Flenard Tyron NEAL, Jr. and Donald Lamar LEWIS are therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

BRICE P. McCRACKEN, Affiant
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

SUBSCRIBED AND SWORN to before me this 29 day of MARCH , 2006.

J. KELLEY ARNOLD
United States Magistrate Judge

SEIZURE WARRANT AFFIDAVIT/Neal, *et al.* - 7