# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

In the Matter of the Seizure of

Removable cosmetic dental appliances commonly known as "Grills," customized for and possessed by Flenard Tyron Neal, Jr. And Donald Lemar Lewis,

**Case No.** 06-5064M

ORDER STAYING EXECUTION
OF SEIZURE WARRANT

THIS COURT having issued a Seizure Warrant on the 29th day of March 2006 for the property above captioned; the court having since been advised that Flenard Tyron Neal, Jr. And Donald Lemar Lewis allege that the removal of the "Grills" would unduly compromise their dental health,

NOW THEREFORE, the court stays execution of the seizure warrant until it's expiration date (April 8, 2006), or until further order of the court, whichever first occurs.

April 4, 2006

  _/s/ J. Kelley Arnold_____
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1