AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

WESTERN DISTRICT OF WASHINGTON

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Removable cosmetic dental appliances, commonly known as "Grills," customized for and possessed by Flenard Tyron Neal, Jr.

## SEIZURE WARRANT

CASE NUMBER: O6- 5064M-01

FILED ___ LODGED ___ RECEIVED
MAR 29 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

RECEIVED
APR 07 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

TO: ____Special Agent Brice P. McCracken____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___ Alcohol Tobacco, Firearms and Explosives (ATF) Special Agent Brice P. McCracken who has reason to believe that there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Removable cosmetic dental appliances, commonly known as "Grills," customized for and possessed by Flenard Tyron Neal, Jr.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare written inventory of the property seized and promptly return this warrant to _____ as required by law.

U.S. Judge or Magistrate

3-29-06   9:20 a.m.      at   Tacoma, Washington
Date and Time Issued             City and State

J. KELLEY ARNOLD
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE & TIME WARRANT EXECUTED | COPY OF WARRANT & RECEIPT FOR ITEMS LEFT WITH |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| |

| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |
|---|
| UNEXECUTED |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_B. /s/_

Subscribed, sworn to, and returned to me this date.

_/s/_      4-7-06
U.S. Judge or Magistrate    Date